FILED

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

IN THE UNITED STATES DISTRICT COURT

DEC - 4 2009

FOR THE DISTRICT OF NEW MEXICO

MATTHEW J. DYKMAN

UNITED STATES OF AMERICA,                )

CLERK

                                         )
                Plaintiff,               )
                                         )
        vs.                              )
                                         )     CR No. _09 MJ -3373_
        _Jerry L. Padilla III_ ,         )
                                         )
                Defendant.               )


## MOTION FOR DETENTION HEARING

Pursuant to 18 U.S.C. § 3142(e), Plaintiff moves the Court to conduct a detention

hearing and thereafter order that defendant be detained prior to trial, and as grounds

therefor states:

That defendant is a flight risk and a danger to the community.


Respectfully submitted,

GREGORY J. FOURATT
United States Attorney


JAMES D. TIERNEY
Supervisory Assistant U.S. Attorney
P.O. Box 607
Albuquerque, New Mexico  87103
(505) 346-7274